Rodriquez and another. No opinion. Appeal from judgment of the Municipal Court dismissed on argument, with costs.

PAYNE et al., Appellants, v. BAKER, SMITH & CO., Respondents. (Supreme Court, Appellate Division, First Department. April 19, 1907.) Action by Benjamin W. Payne and another against Baker, Smith & Co. M. S. Lynch, for appellants. C. A. Brodek, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

PEOPLE v. BENNETT. SAME v. BLOCK. SAME v. FREY. (Supreme Court, Appellate Division, First Department. March 15, 1907.) Separate proceedings by the people of the state of New York against Joseph Bennett, against Max Block, and against Max Frey. No opinion. Motion in each case denied, on condition that appellant have his case ready for argument at the May term. Orders filed.

PEOPLE v. BRECHT. SAME v. BRYAN et al. SAME v. MARKOWITZ. SAME v. GOLDBERG. SAME v. SATTEKAU. (Supreme Court, Appellate Division, First Department. March 27, 1907.). Separate proceedings by the people of the state of New York against Lena Brecht, against John Bryan and another, against Peter Markowitz, against Jacob Goldberg, and against Ernest P. Sattekau. No opinions. Motion denied in each case, on condition that appellant have case ready for argument at the May term. Orders filed.

PEOPLE v. COLMEY. (Supreme Court, Appellate Division, First Department. March 15, 1907.) Proceeding by the people of the state of New York against Charles M. Colmey. No opinion. Motion granted. Order filed.

PEOPLE v. DODDATO. (Supreme Court, Appellate Division, First Department. March 15, 1907.) Proceedings by the people of the state of New York against Angelo Doddato. No opinion. Motion granted. Order filed.

PEOPLE, Respondent, v. DUFFY, Appellant. (Supreme Court, Appellate Division, Third Department. March 13, 1907.) Proceedings by the people of the state of New York against Walter A. Duffy. No opinion. Judgment and order unanimously affirmed, with costs.

PEOPLE, Respondent, v. FORM, Appellant. (Supreme Court, Appellate Division, Second Department. March 1, 1907.) Proceeding by the people of the state of New York against Philip Form. No opinion. Judgment of conviction affirmed.

PEOPLE v. McCLELLAN. (Supreme Court, Appellate Division, First Department. March 27, 1907.) Proceedings by the people of the state of New York against George B. McClellan. No opinion. Motion granted and question certified. Order filed.

PEOPLE v. NEW YORK BUILDING LOAN BANKING CO. In re PRESTON. In re 103 N.Y.S.—72

TAYLOR. In re ROSENLICHT. (Supreme Court, Appellate Division, First Department. March 8, 1907.) Proceeding by the people of the state of New York against the New York Building Loan Banking Company. In the matter of Charles M. Preston. In the matter of Henry A. Taylor. In the matter of Albert Rosenlicht. A. L. Norman, for appellant Taylor. C. W. Dayton, Jr., for the People. No opinion. Orders affirmed, with costs to the respondents. Order filed.

PEOPLE, Respondent, v. ROSELLI, Appellant. (Supreme Court, Appellate Division, Second Department. March 8, 1907.) Proceeding by the people of the state of New York against Albert Roselli.

PER CURIAM. We think this judgment is decidedly against the weight of evidence. Judgment of conviction reversed.

PEOPLE v. SPRIGGS. (Supreme Court, Appellate Division, First Department. March 8, 1907.) Proceeding by the people of the state of New York against Robert H. Spriggs. No opinion. Motion granted, on conditions stated in order. Order filed.

PEOPLE ex rel. BARTON v. JOHNSON, Warden. (Supreme Court, Special Term, Westchester County. November, 1904.) Application for writ of habeas corpus. John R. Heinzelman, for the motion. Robert C. Taylor, opposed. No opinion. Writ dismissed. Prisoner remanded.

PEOPLE ex rel. BEAVERKILL STREAM CLUB, Appellant, v. KNAPP et al., Assessors, Respondents. (Supreme Court, Appellate Division, Third Department. March 13, 1907.) Proceeding by the people of the state of New York, on the relation of the Beaverkill Stream Club, against Millard Knapp and others, assessors of the town of Hardenburgh. No opinion. Final order unanimously affirmed, with costs.

PEOPLE ex rel. EGGERS, Respondent, v. BINGHAM, Police Com'r, Appellant. (Supreme Court, Appellate Division, Second Department. March 8, 1907.) Proceeding by the people of the state of New York, on the relation of William J. Eggers, against Theodore A. Bingham, as police commissioner of the city of New York. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. FEENEY, Appellant, v. COGGEY, Commissioner of Corrections, Respondent. (Supreme Court, Appellate Division, Second Department. March 1, 1907.) Proceeding by the people of the state of New York, on the relation of Michael H. Feeney, against John V. Coggey, commissioner of corrections of the city of New York. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. GOLDBERG v. BUTLER, Com'r. (Supreme Court, Appellate Division, First Department. April 19, 1907.) Proceeding by the people of the state of New York, on the